343

AUGUST 4, 1939

**No. 41894.**——Protest 835224–G of Neumann-Endler, Inc. C. D. 188. Application by plaintiff for rehearing denied.

AUGUST 7, 1939

**No. 41895.**——Petition 5772–R of National Silk Spinning Co., Inc. Abstract 41677. Application by petitioner for rehearing denied.

BEFORE THE FIRST DIVISION, AUGUST 8, 1939

**No. 41896.**—Protests 829074–G/85445, etc., of Sears, Roebuck & Co. (Chicago).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of binocular cases in chief value of leather similar to those involved in Abstract 39805. The claim at 35 percent under paragraph 1531 was therefore sustained.

**No. 41897.**—Protests 877749–G, etc., of Arthur H. Thomas Co. (Philadelphia).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of bent cylinder glass of the same kind as that the subject of *Semon Bache* v. *United States* (T. D. 47480). The claim at 1 26/64 cents per pound under paragraph 219 and T. D. 45313, plus 5 percent ad valorem under paragraph 224, was therefore sustained.

**No. 41898.**—Protest 547080–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel harmonicas similar to those the subject of Abstract 40586 were held dutiable at 40 percent under paragraph 1541 and paper candy containers were held dutiable at 35 percent under paragraph 1413 on the authority of Abstract 33265.

**No. 41899.**—Protests 745128–G, etc., of Langfelder, Homma & Hayward, Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 48573) tennis rackets were held dutiable at 30 percent under paragraph 1502. Microscope sets stipulated to be similar to those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23) were held dutiable at 45 percent under paragraph 228 (b) as claimed.

**No. 41900.**—Protests 925008–G, etc., of Dan Brechner & Co. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstract 40493 the rubber balloons in question were held dutiable at 45 percent under paragraph 409 as claimed.